PTH:NCG
F. #2021R01005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JORDAN NIXON,
JANESSA TORRES and
JOHARA ZAVALA,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 1:21-cr-00633(RJD)(VMS)
(T. 49, U.S.C., § 46503; T. 18, U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

## ASSAULT OF AIR CARRIER EMPLOYEE

On or about September 22, 2021, within the Eastern District of New York, the defendants JORDAN NIXON, JANESSA TORRES and JOHARA ZAVALA, in an area within John F. Kennedy International Airport, a commercial service airport in the United States, did knowingly assault an air carrier employee who had security duties within the airport, and such

2

assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties.

      (Title 49, United States Code, Section 46503; Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R01005
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JORDAN NIXON, JANESSA TORRES and JOHARA ZAVALA,

Defendants.

# INDICTMENT

(T. 49, U.S.C. § 46503; T. 18, U.S.C. §§ 3551 et seq.)

*A true bill.*

_____/s/ Valarie Buckingham_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

Nina C. Gupta, *Assistant U.S. Attorney (718) 254-6257*