PTH:NCG
F.# 2021R01005

Clerk's Office
Filed Date: 1/13/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

NIXON, et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 21-633 (RJD)

     Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nina C. Gupta, for an order unsealing the above-captioned matter in its entirety.

     WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
       January 13, 2022

*Vera M. Scanlon*

HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK