# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Vera M. Scanlon**                           DATE :    **1/13/22**

DOCKET NUMBER:    **21CR633(RJD)**                               Zoom LOG #:    **3:15-4:45**

DEFENDANT'S NAME :    **Jordan Nixon**
                  **X**   Present        ___ Not Present        **X**   Custody        ___ Bail

DEFENSE COUNSEL:    **Peter Guadagnino**
                  ___ Federal Defender    **X**   CJA        ___ Retained

A.U.S.A:    **Nina Gupta**                              CLERK:    **Felix Chin**

INTERPRETER : _____    (Language) _____

**X**   Defendant arraigned on the :  **X**   indictment    ___ superseding indictment    ___ probation violation

**X**   Defendant pleads NOT GUILTY  to ALL counts.

**X**   DETENTION HEARING Held.    **X**   Defendant's first appearance.

- **X**   Bond set at   **$25,000**   .   Defendant  **X**  released  ___ held pending satisfaction of bond conditions.
- **X**   Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on her behalf.
- **1**   Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on her behalf.
- ___   (Additional) surety/ies to co-sign bond by _____
- ___   After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X**   Order of Excludable Delay/Speedy Trial  entered.  Start  **1/13/22**   Stop  **2/3/22**

**X**   Rule 5f warnings given to the Govt.    ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

**X**   Status conference set for  **2/3/22**   @  **TBD**   before Judge  **Dearie**

Other Rulings :    **All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Valeria Lopez appeared via teleconference. Dfse counsel & govt agree on a bail package with 1 surety. 1 surety appeared via teleconference, sworn and advised of the bond obligations.**